STJ    014668    000004    24DEM    000000090139

# Earnings Statement

**ADP**

*GREATER PHILADELPHIA HEALTH ACTION INC*
*1401 S 31 ST 2ND FLOOR*
*PHILADELPHIA,PA   19146*
*COMPANY PH#: 215-925-2400*

| Period Beginning: | 02/05/2026 |
|---|---|
| Period Ending: | 02/18/2026 |
| Pay Date: | 02/27/2026 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**DEREK J.M. DEMAURO**
**2535 SOUTH 13TH STREET**
**APT 2**
**PHILADELPHIA PA 19148**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3076.93 | 75.00 | 3,076.93 | 15,384.65 |
| Hol | | 7.50 | | |
| **Gross Pay** | | | **$3,076.93** | 15,384.65 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -265.64 | 1,328.62 |
| | Social Security Tax | -186.01 | 930.18 |
| | Medicare Tax | -43.50 | 217.54 |
| | PA State Income Tax | -92.02 | 460.16 |
| | Philadelphia Income Tax | -115.19 | 575.95 |
| | PA SUI Tax | -2.15 | 10.77 |
| | **Other** | | |
| | Dental | -2.72* | 13.60 |
| | Medical | -75.00* | 375.00 |
| | Pretax Vison | -1.91* | 7.64 |
| | 401 K | -246.15* | 1,230.75 |
| | **Net Pay** | **$2,046.64** | |
| | Check | -2,046.64 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Advanced Pay | 3.75 | |
| Gtl | 2.91 | 14.55 |
| Self Care | 3.13 | |
| Vacation | 6.25 | |
| Totl Hrs Worked | 75.00 | |
| Personal Bal | | 30.00 |
| Self Care Bal | | 35.08 |
| Sick Bal | | 15.00 |
| Vacation Bal | | 56.25 |

**Important Notes**
BASIS OF PAY: SALARY

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,751.15

© 2000 ADP, Inc.

GREATER PHILADELPHIA HEALTH ACTION INC
1401 S 31 ST 2ND FLOOR
PHILADELPHIA ,PA 19146
COMPANY PH#: 215-925-2400

| **Advice number:** | **00000090139** |
|---|---|
| Pay date: | 02/27/2026 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **DEREK J.M. DEMAURO** | xxxxxxxx0434 | xxxx xxxx | $2,046.64 |

**NON-NEGOTIABLE**

STJ    014668   000004   24DEM    000000040

# Earnings Statement

**ADP**®

GREATER PHILADELPHIA   HEALTH ACTION  INC
1401 S 31 ST 2ND FLOOR
PHILADELPHIA,PA    19146
COMPANY   PH#: 215-925-2400

| Period Beginning: | 12/11/2025 |
|---|---|
| Period Ending: | 12/24/2025 |
| Pay Date: | 01/02/2026 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
  Federal: Standard  Withholding  Table

**DEREK  J.M. DEMAURO
2535  SOUTH  13TH  STREET
APT  2
PHILADELPHIA  PA  19148**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3076.93 | 75.00 | 3,076.93 | 3,076.93 |
| Pers | | 7.50 | | |
| Sick | | 7.50 | | |
| Vac | | 15.00 | | |
| **Gross Pay** | | | **$3,076.93** | 3,076.93 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -265.64 | 265.64 |
| | Social Security Tax | -186.01 | 186.01 |
| | Medicare Tax | -43.50 | 43.50 |
| | PA State Income Tax | -92.02 | 92.02 |
| | Philadelphia Income Tax | -115.19 | 115.19 |
| | PA SUI Tax | -2.15 | 2.15 |
| | **Other** | | |
| | Dental | -2.72* | 2.72 |
| | Medical | -75.00* | 75.00 |
| | Pretax Vison | -1.91* | 1.91 |
| | 401 K | -246.15* | 246.15 |
| | **Net Pay** | | **$2,046.64** |
| | Check | -2,046.64 | |
| | **Net Check** | | **$0.00** |

Your federal taxable wages this period are
$2,751.15

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 2.91 | 2.91 |
| Totl Hrs Worked | 75.00 | |
| Personal Bal | | 22.50 |
| Self Care Bal | | 36.32 |
| Sick Bal | | 15.00 |
| Vacation Bal | | 43.75 |

**Important Notes**

BASIS OF PAY: SALARY

**\* Excluded from federal taxable wages**

© 2000 ADP,  Inc.

GREATER PHILADELPHIA HEALTH ACTION INC
1401 S 31 ST 2ND FLOOR
PHILADELPHIA , PA  19146
COMPANY PH#: 215-925-2400

| Advice number: | **00000010140** |
|---|---|
| Pay date: | 01/02/2026 |



| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **DEREK  J.M. DEMAURO** | xxxxxxxx0434 | xxxx  xxxx | $2,046.64 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

STJ    014668    000004    24DEM    000000057

# Earnings Statement

**ADP**®

*GREATER PHILADELPHIA   HEALTH  ACTION  INC*
*1401  S  31  ST  2ND  FLOOR*
*PHILADELPHIA,PA    19146*
*COMPANY   PH#:  215-925-2400*

| | |
|---|---|
| Period Beginning: | 12/25/2025 |
| Period Ending: | 01/07/2026 |
| Pay Date: | 01/16/2026 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
   Federal: Standard Withholding  Table

**DEREK  J.M.  DEMAURO**
**2535  SOUTH  13TH  STREET**
**APT  2**
**PHILADELPHIA  PA  19148**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3076.93 | 75.00 | 3,076.93 | 6,153.86 |
| Hol | | 15.00 | | |
| Pers | | 7.50 | | |
| **Gross Pay** | | | **$3,076.93** | 6,153.86 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -265.64 | 531.28 |
| | Social Security Tax | -186.02 | 372.03 |
| | Medicare Tax | -43.51 | 87.01 |
| | PA State Income Tax | -92.02 | 184.04 |
| | Philadelphia Income Tax | -115.19 | 230.38 |
| | PA SUI Tax | -2.16 | 4.31 |
| | **Other** | | |
| | Dental | -2.72* | 5.44 |
| | Medical | -75.00* | 150.00 |
| | Pretax Vison | -1.91* | 3.82 |
| | 401 K | -246.15* | 492.30 |
| | **Net Pay** | **$2,046.61** | |
| | Check | -2,046.61 | |
| | **Net Check** | **$0.00** | |

| Other Benefits  and Information | this period | total to date |
|---|---|---|
| Advanced Pay | 3.75 | |
| Gtl | 2.91 | 5.82 |
| Self Care | 3.13 | |
| Vacation | 6.25 | |
| Totl Hrs Worked | 75.00 | |
| Personal Bal | | 15.00 |
| Self Care Bal | | 39.45 |
| Sick Bal | | 18.75 |
| Vacation Bal | | 50.00 |

**Important Notes**

BASIS OF PAY: SALARY

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,751.15

© 2000 ADP, Inc.

GREATER PHILADELPHIA HEALTH ACTION INC
1401 S 31 ST 2ND FLOOR
PHILADELPHIA ,PA  19146
COMPANY PH#: 215-925-2400

| | |
|---|---|
| **Advice number:** | **00000030157** |
| Pay date: | 01/16/2026 |



**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **DEREK  J.M. DEMAURO** | xxxxxxxx0434 | xxxx  xxxx | $2,046.61 |

**NON-NEGOTIABLE**

# Earnings  Statement

**ADP**

GREATER PHILADELPHIA  HEALTH  ACTION  INC
1401  S  31  ST  2ND  FLOOR
PHILADELPHIA,PA    19146
COMPANY   PH#: 215-925-2400

| | |
|---|---|
| Period Beginning: | 01/08/2026 |
| Period Ending: | 01/21/2026 |
| Pay  Date: | 01/30/2026 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
   Federal: Standard  Withholding  Table

**DEREK  J.M.  DEMAURO
2535  SOUTH  13TH  STREET
APT  2
PHILADELPHIA  PA  19148**

| Earnings | rate | salary/hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 3076.93 | 75.00 | 3,076.93 | 9,230.79 |
| Hol | | 7.50 | | |
| Self  Care | | 7.50 | | |
| **Gross  Pay** | | | **$3,076.93** | 9,230.79 |

| Other Benefits  and Information | this  period | total  to  date |
|---|---|---|
| Gtl | 2.91 | 8.73 |
| Totl  Hrs  Worked | 75.00 | |
| Personal  Bal | | 30.00 |
| Self  Care  Bal | | 31.95 |
| Sick  Bal | | 18.75 |
| Vacation  Bal | | 50.00 |

**Important  Notes**
BASIS OF PAY: SALARY

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal  Income  Tax | -266.06 | 797.34 |
| | Social  Security  Tax | -186.13 | 558.16 |
| | Medicare  Tax | -43.53 | 130.54 |
| | PA  State  Income  Tax | -92.08 | 276.12 |
| | Philadelphia  Income  Tax | -115.19 | 345.57 |
| | PA  SUI  Tax | -2.15 | 6.46 |
| | **Other** | | |
| | Dental | -2.72* | 8.16 |
| | Medical | -75.00* | 225.00 |
| | 401  K | -246.15* | 738.45 |
| | Pretax  Vison | | 3.82 |
| | **Net  Pay** | **$2,047.92** | |
| | Check | -2,047.92 | |
| | **Net  Check** | **$0.00** | |

**\* Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period  are
$2,753.06

© 2000  ADP,  Inc.

---

GREATER PHILADELPHIA HEALTH ACTION INC
1401 S 31 ST 2ND FLOOR
PHILADELPHIA ,PA  19146
COMPANY PH#: 215-925-2400

| | |
|---|---|
| **Advice number:** | **00000050143** |
| Pay  date: | 01/30/2026 |



| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **DEREK  J.M.  DEMAURO** | xxxxxxxx0434 | xxxx  xxxx | $2,047.92 |

**NON-NEGOTIABLE**

STJ   014668   000004   24DEM   000070149

# Earnings Statement

**ADP®**

GREATER  PHILADELPHIA   HEALTH  ACTION  INC
1401  S  31  ST  2ND  FLOOR
PHILADELPHIA,PA    19146
COMPANY   PH#:  215-925-2400

| | |
|---|---|
| Period Beginning: | 01/22/2026 |
| Period Ending: | 02/04/2026 |
| Pay Date: | 02/13/2026 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
  Federal: Standard  Withholding  Table

**DEREK  J.M. DEMAURO**
**2535  SOUTH  13TH  STREET**
**APT  2**
**PHILADELPHIA  PA  19148**

## Earnings

| Earnings | rate | salary/hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 3076.93 | 75.00 | 3,076.93 | 12,307.72 |
| Sick | | 7.50 | | |
| **Gross Pay** | | | **$3,076.93** | 12,307.72 |

## Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -265.64 | 1,062.98 |
| Social Security Tax | -186.01 | 744.17 |
| Medicare Tax | -43.50 | 174.04 |
| PA State Income Tax | -92.02 | 368.14 |
| Philadelphia Income Tax | -115.19 | 460.76 |
| PA SUI Tax | -2.16 | 8.62 |

**Other**

| | this period | year to date |
|---|---|---|
| Dental | -2.72* | 10.88 |
| Medical | -75.00* | 300.00 |
| Pretax Vison | -1.91* | 5.73 |
| 401 K | -246.15* | 984.60 |
| **Net Pay** | | **$2,046.63** |
| Check | -2,046.63 | |
| **Net Check** | | **$0.00** |

## Other Benefits and Information

| | this  period | total  to  date |
|---|---|---|
| Gtl | 2.91 | 11.64 |
| Totl Hrs Worked | 75.00 | |
| Personal Bal | | 30.00 |
| Self Care Bal | | 31.95 |
| Sick Bal | | 11.25 |
| Vacation Bal | | 50.00 |

## Important Notes

BASIS OF PAY: SALARY

**\* Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period  are
$2,751.15

© 2000 ADP, Inc.

GREATER  PHILADELPHIA  HEALTH  ACTION  INC
1401  S  31  ST  2ND  FLOOR
PHILADELPHIA , PA  19146
COMPANY  PH#:  215-925-2400

| **Advice number:** | **00000070149** |
|---|---|
| Pay  date: | 02/13/2026 |



| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **DEREK  J.M. DEMAURO** | xxxxxxxx0434 | xxxx  xxxx | $2,046.63 |

**NON-NEGOTIABLE**

STJ   014668   000004   24DEM   0000510244

# Earnings Statement

**ADP®**

*GREATER PHILADELPHIA   HEALTH ACTION INC*
*1401 S 31 ST 2ND FLOOR*
*PHILADELPHIA,PA   19146*
*COMPANY   PH#: 215-925-2400*

Period Beginning:   11/28/2024
Period Ending:   12/11/2024
Pay Date:   12/20/2024

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
  Federal: Standard Withholding   Table

**DEREK J.M. DEMAURO**
**2535 SOUTH 13TH STREET**
**APT 2**
**PHILADELPHIA PA 19148**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3076.93 | 75.00 | 3,076.93 | 5,538.73 |
| Hol | | 7.50 | | |
| Stipend | | | | 300.00 |
| **Gross Pay** | | | **$3,076.93** | 5,838.73 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -363.12 | 656.92 |
| | Social Security Tax | -190.93 | 362.32 |
| | Medicare Tax | -44.66 | 84.74 |
| | PA State Income Tax | -94.46 | 179.25 |
| | Philadelphia Income Tax | -115.48 | 219.14 |
| | PA SUI Tax | -2.16 | 4.09 |
| | **Net Pay** | **$2,266.12** | |
| | Check | -2,266.12 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Advanced Pay | 3.75 | |
| Gtl | 2.58 | 5.16 |
| Self Care | 3.13 | |
| Vacation | 6.25 | |
| Totl Hrs Worked | 75.00 | |
| Self Care Bal | | 6.26 |
| Sick Bal | | 7.50 |
| Vacation Bal | | 13.75 |

**Important Notes**

BASIS OF PAY: SALARY

Your federal taxable wages this period are
$3,076.93

© 2000 ADP, Inc.

GREATER PHILADELPHIA HEALTH ACTION INC
1401 S 31 ST 2ND FLOOR
PHILADELPHIA , PA 19146
COMPANY PH#: 215-925-2400

Advice number:   00000510244
Pay date:   12/20/2024



**Deposited to the account of**

| | account number | transit ABA | amount |
|---|---|---|---|
| **DEREK J.M. DEMAURO** | xxxxxxxx0434 | xxxx xxxx | $2,266.12 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

STJ    014668   000004   24DEM    00000490238

# Earnings Statement

**ADP**®

*GREATER PHILADELPHIA   HEALTH   ACTION   INC*
*1401  S 31 ST 2ND FLOOR*
*PHILADELPHIA,PA    19146*
*COMPANY   PH#: 215-925-2400*

Period Beginning:     11/13/2025
Period Ending:        11/26/2025
Pay Date:             12/05/2025

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
    Federal: Standard  Withholding  Table

**DEREK  J.M. DEMAURO**
**2535  SOUTH 13TH  STREET**
**APT  2**
**PHILADELPHIA  PA  19148**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3076.93 | 75.00 | 3,076.93 | 76,308.45 |
| Gross Pay | | | **$3,076.93** | 76,308.45 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 2.91 | 72.75 |
| Totl Hrs Worked | 75.00 | |
| Personal Bal | | 22.50 |
| Self Care Bal | | 33.19 |
| Sick Bal | | 18.75 |
| Vacation Bal | | 52.50 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -282.72 | 7,971.18 |
| | Social Security Tax | -186.01 | 4,632.07 |
| | Medicare Tax | -43.51 | 1,083.31 |
| | PA State Income Tax | -92.02 | 2,291.44 |
| | Philadelphia Income Tax | -115.19 | 2,860.61 |
| | PA SUI Tax | -2.16 | 53.42 |
| | **Other** | | |
| | Dental | -2.72* | 57.12 |
| | Medical | -75.00* | 1,575.00 |
| | Pretax Vison | -1.91* | 38.20 |
| | 401 K | -246.15* | 1,753.88 |
| | Net Pay | **$2,029.54** | |
| | Check | -2,029.54 | |
| | Net Check | **$0.00** | |

**Important Notes**

BASIS OF PAY: SALARY

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,751.15

© 2000 ADP, Inc.

GREATER PHILADELPHIA HEALTH ACTION INC
1401 S 31 ST 2ND FLOOR
PHILADELPHIA ,PA  19146
COMPANY PH#: 215-925-2400

**Advice number:**     **00000490238**
Pay date:              12/05/2025



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **DEREK  J.M. DEMAURO** | xxxxxxxx0434 | xxxx  xxxx | $2,029.54 |

**NON-NEGOTIABLE**